1

2

3                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT TACOMA

5   TERRI USHER, a/k/a TERRI ROGERS,

6                        Plaintiff,              CASE NO. C14-5286BHS

7   v.                                           ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION
8   CAROLYN W. COLVIN, Acting
    Commissioner of Social Security,

9                        Defendants.

10

11          This matter comes before the Court on the Report and Recommendation ("R&R")

    of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 15),
12
    recommending that this case be remanded, based on the stipulation of the parties (Dkt.
13
    14).  It is therefore ordered as follows:
14
            (1)     The R&R is **ADOPTED**;
15
            (2)     Defendant's decision is **REVERSED**; and
16
            (3)     This action is **REMANDED** for further administrative proceedings in
17                  accordance with the findings contained in the R&R.

18
            Dated this 25th day August, 2014.
19

20                                              _____
                                                BENJAMIN H. SETTLE
21                                              United States District Judge

22

ORDER